IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENDA HOLT                                                                    PLAINTIFF

V.                           NO. 3:05CV00054-JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 2nd day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE